UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

ANTONIO J. ORTIZ-CARBALLO,

    Plaintiff,

-vs-                              Case No. 5:08-cv-165-Oc-10GRJ

DAVID R. ELLSPERMANN, IN HIS
INDIVIDUAL AND IN HIS OFFICIAL
CAPACITY AS CLERK OF THE CIRCUIT
COURT, FIFTH JUDICIAL CIRCUIT IN
AND FOR MARION COUNTY, FLORIDA,

    Defendant.
_____/

## O R D E R

Upon due consideration, the Plaintiff's Motion to Strike Defendants' Reply Memorandum (Doc. 67) is DENIED.

IT IS SO ORDERED.

DONE and ORDERED at Ocala, Florida this 27th day of January, 2010.

                                                  UNITED STATES DISTRICT JUDGE

Copies to:   Counsel of Record