UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

ANTONIO J. ORTIZ-CARBALLO,

    Plaintiff,

-vs-                                            Case No. 5:08-cv-165-Oc-10GRJ

DAVID R. ELLSPERMANN, IN HIS
INDIVIDUAL AND IN HIS OFFICIAL
CAPACITY AS CLERK OF THE CIRCUIT
COURT, FIFTH JUDICIAL CIRCUIT IN
AND FOR MARION COUNTY, FLORIDA,

    Defendant.
_____/

## O R D E R

Upon due consideration, the Parties' Joint Motion to Remove Case from March 1, 2010 Trial Docket (Doc. 70) is GRANTED. The Clerk is directed to cancel the pretrial conference set for Wednesday, February 17, 2010, and to remove this case from the trial calendar commencing March 1, 2010. The Court will reschedule this case for pretrial conference and trial following resolution of the pending motions for summary judgment, if necessary.

IT IS SO ORDERED.

DONE and ORDERED at Ocala, Florida this 3rd day of February, 2010.

*[signature]*

UNITED STATES DISTRICT JUDGE

Copies to:   Counsel of Record
               Maurya A. McSheehy